Argued and submitted April 30, conviction affirmed; remanded for resentencing
June 3, 1992

STATE OF OREGON,
*Respondent,*

*v.*

SCOTT DION BIRCHFIELD,
*Appellant.*

(90C-21410; CA A68446)

832 P2d 465

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Haydon,* 113 Or App 205, 832 P2d 457 (1992).